UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK B. COLLINS, individually and on
behalf of all others similarly situated,

Plaintiff,

-against-

BEENVERIFIED, LLC and THE LIFETIME
VALUE CO. LLC,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/10/2026____

25 Civ. 2577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter regarding their contemplated motions to dismiss and strike the complaint, *see* ECF No. 32, as well as Plaintiff's response, *see* ECF No. 33. The Court GRANTS Defendants leave to file their contemplated motion.  Accordingly:

- By **March 10, 2026**, Defendants shall file a single motion to dismiss and strike the complaint;
- By **April 7, 2026**, Plaintiff shall respond;
- By **April 21, 2026**, Defendants shall file their reply, if any.

SO ORDERED.

Dated:  February 10, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge