USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK B. COLLINS, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

BEENVERIFIED, LLC and THE LIFETIME VALUE CO. LLC,

Defendants.

25 Civ. 2577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 29, 2026, Defendants submitted a pre-motion letter in anticipation of their motion to dismiss the amended complaint filed at ECF No. 68. *See* ECF No. 73. Per Rules III(B)(iii) and III(A)(ii) of the undersigned's Individual Practices in Civil Cases, Plaintiff's response was due on July 6, 2026. That submission is now overdue. Accordingly, Plaintiff's deadline to respond is EXTENDED to **July 13, 2026**.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge