USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK B. COLLINS, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

BEENVERIFIED, LLC, NEIGHBORWHO LLC, THE NUMBERGURU, LLC, OWNERLY LLC, PEOPLELOOKER LLC, REVERSEPHONE, LLC, PEOPOLESMART LLC, and THE LIFETIME VALUE CO. LLC,

Defendants.

25 Civ. 2577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter regarding their contemplated motions to dismiss and strike the complaint, *see* ECF No. 73, as well as Plaintiff's response, *see* ECF No. 77. The Court GRANTS Defendants leave to file their contemplated motion. Accordingly:

- By **September 2, 2026**, Defendants shall file a single motion to dismiss and strike the complaint;
- By **October 14, 2026**, Plaintiff shall respond;
- By **November 4, 2026**, Defendants shall file their reply, if any.

Furthermore, summons were issued as to additional Defendants named in Plaintiff's amended complaint on April 14, 2026. *See* ECF Nos. 60–65; *compare* ECF No. 68 (operative amended complaint) *with* ECF No. 1 (complaint filed March 28, 2025). However, no additional Defendant has entered an appearance in this action. Accordingly, by **July 22, 2026**, Plaintiff shall file a status update concerning its service of process on the additional Defendants in Plaintiff's amended complaint, and the update shall indicate whether Plaintiff intends to move for default judgment against any of those Defendants.

Defendants' previous motion to dismiss, filed at ECF No. 35, is DENIED as moot.

SO ORDERED.

Dated: July 15, 2026
New York, New York

ANALISA TORRES
United States District Judge